8 A.3d 337

**Darnell M. GRAHAM, Petitioner**

v.

The **PENNSYLVANIA DEPARTMENT OF CORRECTIONS,** John Kerestes, Superintendent at SCI Mahanoy and the Pennsylvania Department of Probation and Parole, Respondents.

**No. 105 EM 2010.**

Supreme Court of Pennsylvania.

Nov. 18, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 18th day of November, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**